NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1069
(Reexamination Nos. 90/006,327, 90/006,328 and 90/006,344)

IN RE MICHAEL PRAZOFF

Edward D. Manzo, Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd., of Chicago, Illinois, argued for appellant.

Raymond T. Chen, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Stephen Walsh, Acting Solicitor, and Robert L. McManus, Associate Solicitor.

Appealed from:    United States Patent and Trademark Office
                  Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1069
(Reexamination Nos. 90/006,327, 90/006,328 and 90/006,344)

IN RE MICHAEL PRAZOFF

# Judgment

ON APPEAL from the          United States Patent and Trademark Office
                            Board of Patent Appeals and Interferences

In CASE NO(S).              90/006,327, 90/006,328 and 90/006,344.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, RADER and BRYSON, <u>Circuit Judges</u>):

<u>AFFIRMED</u>.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE:  June 5, 2008          /s/ Jan Horbaly
                             Jan Horbaly, Clerk